IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

SILAS MARTIN 145609
Full name and prison number of
plaintiff(s)     v.

WARDEN ARNOLD HOLT
CAPT. S. NETTLES
SGT. NATHANIEL LAWSON
RODRICK TALLEY (COI)
JOEL TEW (COI)
SGT. C. SPECKS
MR. BLACKLEDGE
BARBARA JONES
LT. GWENDOLYN BABERS
Name of person(s) who violated
your constitutional rights.
(List the names of all the persons)

CIVIL ACTION NO. 2:06CV490-WKW
(To be supplied by the Clerk of the
U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No ( )

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes (✓)   No ( )

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit
   Plaintiff(s)  SILAS MARTIN
   Defendant(s)  LEWIS HULETT, et al

2. Court (if federal court, name the district; if state court, name the county)
   MIDDLE DISTRICT

3. Docket No.  03-T-1174-4

4. Name of Judge to whom case was assigned  DELORES R. BOYD

Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? **PENDING**

6. Approximate date of filing lawsuit **NOVEMBER 19, 2003**

7. Approximate date of disposition **N/A**

II. PLACE OF PRESENT CONFINEMENT **Bullock Correctional Facility**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **Easterling Corr. Facility & Bullock Correctional Facility**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME — ADDRESS

1. Arnold Holt, P.O. Box 5107 Union Springs, Al. 36089
   Sgt. Nathaniel Lawson, 200 Wallace Dr. Clio, Al. 36017
2. Joel Tew (COI) 200 Wallace Dr. Clio, Al. 36017
   Capt. S. Nettles P.O. Box 5107 Union Springs, Al. 36089
3. Rodrick Talley (COI) P.O. Box 5107 Union Springs, Al. 36089
   Sgt. C. Specks P.O. Box 5107 Union Springs, Al. 36089
4. Mr. Blackledge, P.O. Box 5107 Union Springs, Al. 36089
5. Barbara Jones, P.O. Box 5107 Union Springs, Al. 36089
6. Lt. Gwendolyn Babers, P.O. Box 5107 Union Springs, Al. 36089

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **Started August 19, 2004 and is still going on.**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **RETALIATION / DENIED DUE PROCESS**

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

**SEE ATTACHED SHEET**

GROUND TWO: _____

SUPPORTING FACTS: _____
_____
_____
_____
_____

GROUND THREE: _____
_____

SUPPORTING FACTS: _____
_____
_____
_____
_____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

COMPENSATORY + PUNITIVE DAMAGES FOR THE MENTAL ANGUISH THAT PLAINTIFF SUFFERED OF THE AMOUNT OF 799,000. ASWELL AS COMPENSATORY DAMAGES FOR TIME SPENT IN SEGREGATION.

_____Silas Martin 145609_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  5-26-06
             (date)

_____Silas Martin_____
Signature of plaintiff(s)

-3-

GROUND ONE: FACTS SUPPORTING GROUND:

ON NOVEMBER 19, 2003, MR. MARTIN BROUGHT FEDERAL CIVIL RIGHTS SUIT AGAINST SGT. LEWIS HULETT, CHALLENGING VIOLATION OF HIS FIRST AMENDMENT RIGHTS. AFTER MARTIN SUED THE OFFICER, DOC'S OFFICIALS BEGAN TO HARASS HIM. AS A RESULT OF THE CIVIL COMPLAINT THAT MARTIN FILED, HE'S BEING PLACED IN AND OUT OF LOCK-UP REPEATEDLY FOR NO REASON, AND EVERY TIME IS JUSTIFIED WITH FALSE DISCIPLINARIES AND CITATIONS. MARTIN IS CONSTANTLY BEING PUNISHED FALSELY.

MARTIN FILED SEVERAL AFFIDAVITS AND COMPLAINTS TO THE WARDEN, THE PRISON COMMISSIONER, AND THE ALABAMA PERSONNEL DEPT. IN REFERENCE TO HARASSMENT COMITTED AGAINST HIM. HOWEVER, NOTHING HAS BEEN DONE TO STOP IT.

ACCORDING TO THE CONSTITUTION OF THE UNITED STATES RETALIATION VIOLATES THE FIRST AMENDMENT AND SGT. NATHANIEL LAWSON, OFFICER JOEL TEW (COI), LT. BABERS, SGT. C SPECKS AND MR. BLACKLEDGE, CLASSIFICATION SPECIALIST, DID VIOLATE SILAS MARTINS FIRST AMENDMENT. AND WARDEN ARNOLD HOLT, CAPTAIN NETTLES, RODRICK TALLEY (COI), AND BARBARA JONES (STEWART), VIOLATED MARTINS FIRST AMENDMENT.