IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

SILAS MARTIN,  )
   PLAINTIFF,  )
V.  )   CASE NO. 2:06CV490-WKW
WARDEN ARNOLD HOLT,  )
CAPTAIN S. NETTLES,  )
LT. GWENDOLYN BABERS,  )
RODRICK TALLEY (COI),  )
SGT. C. SPECKS,  )
MR. BLACKLEDGE,  )
BARBARA JONES,  )
SGT. NATHANIEL LAWSON,  )
JOEL TEW (COI)  )

## MOTION FOR PRELIMINARY INJUNCTIONS

Plaintiff is in the process of exhausting his available administrative remedies. He is filing this complaint and accompanying motion for preliminary injunction now to prevent irreparable injury as a result of defendants ongoing violation of his constitutional rights. SEE JACKSON V. DISTRICT OF COLUMBIA 254 F.3d 262 267-68 (DC. CIR. 2001). Plaintiff well immediately notify the court and file an amended complaint once all available administrative remedies have been exhausted.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THE FOREGOING UPON:

U.S. COURT OF MIDDLE DISTRICT ALA.
   P.O. BOX 711
MONTGOMERY, AL. 36101-0711

BY PROPERLY SUBMITTING A COPY TO EACH IN THE U.S. MAIL THIS 26 DAY OF MAY 2006.

*Silas Martin* 145609
SILAS MARTIN 145609