IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

2006 MAY 31 A 9:10

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
IN FORMA PAUPERIS

SILAS MARTIN 145609
Plaintiff(s)                     v.                                    2:06CV490-W
WARDEN ARNOLD HOLT,
CAPTAIN S. NETTLES, MR. BLACKLEDGE,
SGT. NATHANIEL LAWSON, JOEL TEW (CO I), SGT. C. SPECKS,
LT. GWENDOLYN BABERS; RODRICK TALLEY (CO I), BARBARA JONES
Defendant(s)

I, SILAS MARTIN, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?       Yes ( )   No (✓)

    A.   If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.    N/A

    B.   If the answer is NO, state the date of last employment and the amount of salary or wages per month, and give the name and address of your employer.    August 1989
         496.00 MONTHLY

2. Have you received within the past twelve months any money from any of the following sources?

    A.   Business, profession, or form of self-employment?        Yes ( )   No (✓)
    B.   Rent payments, interest, or dividends?                   Yes ( )   No (✓)
    C.   Pensions, annuities, or life insurance payments?         Yes ( )   No (✓)
    D.   Gifts or inheritances?                                   Yes ( )   No (✓)
    E.   Any other sources?                                       Yes ( )   No (✓)

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.    N/A

If the answer is YES, state the total value of the items owned    N/A

3. Do you own cash, or do you have money in a checking or savings account? [Include any prison accounts].    Yes ( )   No (✓)

   If the answer is YES, state the total value of the items owned. __N/A__

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [ordinary household furnishings and clothing]?   Yes ( )   No (✓)

   If the answer is YES, describe the property and state its approximate value. __N/A__

5. List the persons who are dependent upon you for support, state your relationship to those and indicate how much you contribute toward their support. __N/A__

_Silas Martin 145609_
Signature of Affiant

STATE OF ALABAMA          )
COUNTY OF __Bullock__    )

Before me, a Notary Public in and for said County, in said State, personally appeared __Silas Martin__, whose name is signed to the foregoing complaint, first duly sworn, deposes on oath and says:

That the information set forth in the foregoing affidavit is true and correct to the b of his knowledge and belief.

_Silas Martin 145609_
Signature of Affiant

Sworn to and subscribed before me on this __24th__ day of __March__, 2006.

_[signature]_
NOTARY PUBLIC
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 18, 2007

My Commission Expires: _____

O R

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___5-26-06___
                (date)

___Silas Martin 145609___
Signature of Affiant

## CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ __26.11__ on account to his credit at the __Bullock Correctional__ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months [not to exceed six (6) months].

A. $_____ on the first day of _____
B. $_____ on the first day of _____
C. $_____ on the first day of _____
D. $_____ on the first day of _____
E. $_____ on the first day of _____
F. $_____ on the first day of _____

_See attached_

___D. Watson___
Authorized Officer of Institution

Date: __4/11/06__

```
                          STATE OF ALABAMA
                      DEPARTMENT OF CORRECTIONS
                     BULLOCK CORRECTIONAL FACILITY


AIS #: 145609        NAME: MARTIN, SILAS              AS OF: 04/11/2006

                         # OF       AVG DAILY       MONTHLY
                MONTH    DAYS       BALANCE         DEPOSITS
-------------------------------------------------------------------------

                APR      19          $0.00           $0.00
                MAY      31          $0.00           $0.00
                JUN      30          $2.50          $15.00
                JUL      31          $8.95          $36.17
                AUG      31         $26.09          $96.00
                SEP      30          $3.25          $16.00
                OCT      31         $15.20          $28.00
                NOV      30         $20.06          $16.00
                DEC      31         $18.59           $0.00
                JAN      31          $5.63          $25.95
                FEB      28         $11.46          $32.00
                MAR      31         $23.46          $24.00
                APR      11         $26.11           $0.00




APR. 11, 2006        USER: MS WATSON                           INMADB
                  COMPUTE AVERAGE DAILY BALANCE

AIS #: 145609        NAME: MARTIN, SILAS              AS OF: 04/11/2006

                         # OF       AVG DAILY       MONTHLY
```