IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SILAS MARTIN, 145609 )
  PLAINTIFF, )
 )   2:06-CV-490-WKW
V. )   (WO)
 )
WARDEN ARNOLD HOLT, et al., )
  DEFENDANTS. )
 )

## OBJECTION TO THE MAGISTRATE JUDGE RECOMMENDATION

Comes now, Plaintiff, and object to Magistrate Judges recommendation that preliminary injunction be denied.

Plaintiff states that the injunction should be granted because he carries the burden as to Canal Authority v. Callaway 489 F.2d 567 (5th Cir. 1974).

1. Plaintiff shows that Defendants are guilty of retaliation prior to his filing of the previous complaint.

2. Plaintiff is incarcerated and has suffered under the disciplinary system by falsely accused and placed in segregation.

3. The threatened injury outweighs the damage the proposed injunction cause because Plaintiff is incarcerated and has suffered at the hands of retaliation by Defendants prior to filing complaint.

4. AND THAT INJUNCTION WILL NOT BE DECEPTIVE, NOR HARM PUBLIC INTERESTS.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THE FOREGOING UPON:

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL. 36101

BY PROPERLY SUBMITTING A COPY TO EACH IN THE UNITED STATES MAIL THIS 12 DAY OF JUNE 2006.

*Silas Martin 145609*
SILAS MARTIN 145609