IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SILAS MARTIN, # 145609,            ) | |
|   )  | |
|   Plaintiff,            ) | |
|   ) | |
| v.            ) | CASE NO. 2:06-cv-490-WKW |
|   ) | (WO) |
| WARDEN ARNOLD HOLT, et al.,            ) | |
|   ) | |
|   Defendants.            ) | |

### **ORDER**

On June 7, 2006, the Magistrate Judge filed a Recommendation (Doc. # 5) that the plaintiff's Motion for Preliminary Injunctions (Doc. # 2) is due to be denied because the plaintiff has failed to demonstrate that he meets each of the prerequisites for the issuance of a preliminary injunction. The plaintiff filed an Objection (Doc. # 6); however, he still has not carried his burden of persuasion.

After an independent and de novo review of the record, it ORDERED that:

1. The Objection (Doc. # 6) is OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. # 5) is ADOPTED;

3. The Motion for Preliminary Injunctions (Doc. # 2) is DENIED;

4. This case is referred back to the Magistrate Judge for additional proceedings.

DONE this the 15th day of June, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE