IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

SILAS MARTIN #145609  )
    PLAINTIFF,         )
                       )   NO: 2:06-CV-490-WKW
                       )
         V.            )
                       )
WARDEN ARNOLD HOLT; WARDEN )
BOYD; OFFICER CURRY, COI; CAPT. )
S. NETTLES; LT GWENDOLYN )
BABERS; MR BLACKLEDGE; SGT. )
NATHANIEL LAWSON; SGT. C. )
SPECKS; OFFICER TALLEY COI; )
OFFICER TEW COI; STEWARD )
JONES; SGT LOGAN; CAPT. )
SCONYER; OFFICER HAYNES COI, )
OFFICER RUFFIN COI. )
    DEFENDANTS.

## AMENDMENT TO COMPLAINT

COMES NOW, PLAINTIFF, AND REQUESTED THAT DEFENDANT, CAPT. KENNETH SCONYER BE REMOVED FROM COMPLAINT.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THE FOREGOING UPON:

OFFICE OF THE CLERK
U.S. DISTRICT COURT (MIDDLE); P.O. BOX 711
MONTGOMERY AL. 36101-0711

BY PROPERLY SUBMITTING A COPY TO EACH IN THE UNITED STATES MAIL THIS THE 27 DAY OF JUNE 2006.

_Silas Martin_
SIGNATURE OF PLAINTIFF