IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

SILAS MARTIN, #145609            *

    Plaintiff,                  *

v.                               *    2:06-CV-490-WKW

WARDEN ARNOLD HOLT, *et al.*,    *

    Defendants.                 *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion to Amend Complaint, and in light of the court's June 29, 2006 order, it is

ORDERED that the motion to amend (Doc. No. 10) be and is hereby DENIED.

DONE, this 5th day of July, 2006.

                                  /s/ Susan Russ Walker
                                SUSAN RUSS WALKER
                                UNITED STATES MAGISTRATE JUDGE