IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2006 JUL -7 A 10: 26

SILAS MARTIN #145609 )
Full name and prison number )
of plaintiff(s) )
 )
v. )   CIVIL ACTION NO. 2:06CV490-WKW
 )   (To be supplied by Clerk of
MR. BLACKLEDGE )   U.S. District Court)
 )
 )
OFFICER RODRICK TALLEY, COI )
 )
OFFICER LASOJA HAYNES, COI )
 )
STEWARD BARBARA JONES )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

*Amended Complaint*

I. PREVIOUS LAWSUITS
  A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

  B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES (✓) NO ( )

  C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1. Parties to this previous lawsuit:

       Plaintiff(s) SILAS MARTIN

       Defendant(s) LEWIS HULETT (SGT) et al.

    2. Court (if federal court, name the district; if state court, name the county) MIDDLE DISTRICT

3. Docket number 03-T-1174-4
4. Name of judge to whom case was assigned DELORES R. BOYD
5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) APPEALED; APPEAL DENIED 6/06
6. Approximate date of filing lawsuit 11-19-03
7. Approximate date of disposition 6/06

II. PLACE OF PRESENT CONFINEMENT Bullock Corr. Facility P.O. Box 5107 Unionsprings, Al. 36089

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Bullock P.O. Box 5107 Unionsprings, Al. 36089

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS
1. MR. BLACKLEDGE — P.O. Box 5107 Unionsprings, Al. 36089
2. OFFICER TALLEY, COI — P.O. Box 5107 Unionsprings, Al. 36089
3.
4. OFFICER HAYNES, COI — P.O. Box 5107 Unionsprings, Al. 36089
5. STEWARD JONES — P.O. Box 5107 Unionsprings, Al. 36089
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 6-14-05

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: RETALIATION

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

ON NOVEMBER 19, 2003, MR. MARTIN BROUGHT FEDERAL CIVIL RIGHTS SUIT AGAINST SGT. LEWIS HULETT A CORRECTIONAL OFFICER, CHALLENGING VIOLATION OF HIS FIRST AMENDMENT RIGHTS. AFTER MARTIN SUED (SEE NEXT SHEET)

GROUND TWO: CRUEL AND UNUSUAL PUNISHMENTS INFLICTED.

SUPPORTING FACTS: MARTIN WAS SUBJECTED TO FALSE DISCIPLINARIES FOR NO REASON, FOUND GUILTY AND SERVED AROUND 60-DAYS IN SEG; 60-DAYS EXTRA DUTY AND LOST OF ALL PRIVILEGES FOR 135 DAYS.

GROUND THREE: DUE PROCESS

SUPPORTING FACTS: MARTIN WAS FOUND GUILTY ON THE ARRESTING OFFICERS TESTIMONY ALONE. THE OFFICER WHO FOUND MARTIN GUILTY WAS OFFICER HAYNES, COI.

THE OFFICER, MARTIN WAS COURT ORDERED TRANSFER FROM EASTERLING TO BULLOCK. ON JUNE 14, 2006, THE ABOVE NAMED DEFENDANTS BEGAN TO HARASS MARTIN. AS A RESULT OF THE COMPLAINT THAT MARTIN FILED, HES BEING PLACED IN LOCK-UP (SEG) AND SERVED FALSE DISCIPLINARIES. MARTIN IS CONSTANTLY BEING PUNISHED FALSELY.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I WANT TO SUE EACH ONE OF THE ABOVE NAMED DEFENDANTS IN THEIR PERSONAL CAPACITY FOR THE AMOUNT OF $24,750 EACH. I WOULD LIKE TO BE COMPENSATED FOR THE MENTAL SUFFERING THAT I ENCOUNTERED IN SEG AND FOR THE CRUEL AND UNUSUAL PUNISHMENT INFLICTED ON ME FOR THE AMOUNT OF $24,750 EACH, FOR A TOTAL OF $99,000.

Signature of plaintiff(s) _Silas Martin_

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 7-6-06
            (Date)

Signature of plaintiff(s) _Silas Martin_

4