IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SILAS MARTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-490-WKW |
| | ) |
| MR. BLACKLEDGE, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon review of the second amended complaint filed by the plaintiff on July 7, 2006 (Court Doc. No. 13), and as the plaintiff fails to identify the nature of the challenged disciplinary or the facts indicating how each named defendant participated in the alleged constitutional violation, it is

ORDERED that on or before July 20, 2006 the plaintiff shall file an amendment to his second amended complaint which:

1. Identifies the disciplinary he seeks to challenge in this cause of action.

2. Sets forth specific facts indicating how each defendant acted in violation of his constitutional rights with respect to such disciplinary.

DONE, this 11th day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE