IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| SILAS MARTIN, #145609 | * |
| Plaintiff, | * |
| v. | *   2:06-CV-490-WKW |
| WARDEN ARNOLD HOLT, *et al.*, | * |
| Defendants. | * |

_____

**ORDER**

By order filed July 11, 2006 the court directed Plaintiff to file an amendment to his second amended complaint on or before July 20, 2006. Plaintiff has submitted nothing in response to the court's order. Accordingly, it is,

ORDERED that on or before August 11, 2006 Plaintiff shall show cause why this case should not be dismissed for his failure to comply with the court's July 11, 2006 order. Plaintiff is cautioned that his failure to file a response to this order will result in a Recommendation that this case be dismissed.

DONE, this 4th day of August, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE