IN THE UNITED STATES DISTRICT COURT of NORTHERN
ALABAMA, MIDDLE DISTRICT

SILAS MARTIN,
   PLAINTIFF,

V.

MR. BLACKLEDGE; OFFICER
RODRICK TALLEY (COI); OFFICER
HAYNES (COI); STEWART JONES
   DEFENDANTS.

CASE NO: 2:06CV490 WKW

## MOTION TO DISMISS

ON OR AROUND JULY 15, 2006, PLAINTIFF WROTE A SWORN STATEMENT TO OFFICER BAILEY (COI), A CORRECTIONAL OFFICER AT BULLOCK FACILITY. PLAINTIFF STATED IN THE STATEMENT THAT HE WOULD LIKE TO DISMISS THE ABOVE COMPLAINT. THEREFORE, PLAINTIFF ASK THIS COURT TO DISMISS THE ABOVE CASE.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THE FOREGOING UPON:

U.S. DISTRICT COURT (MIDDLE)
P.O. BOX 711
MONTGOMERY, AL. 36101

WARDEN ARNOLD HOLT
P.O. BOX 5107
UNIONSPRINGS, AL. 36089

BY U.S. MAIL PREPAID ON THIS THE 4 DAY of August 2006.

_Silas Martin_
SIGNATURE OF AFFIANT