IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SILAS MARTIN, # 145609, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-490-WKW |
| | ) (WO) |
| WARDEN ARNOLD HOLT, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge entered herein on August 14, 2006 (Doc. # 17), it is hereby ORDERED that:

1. The Recommendation is ADOPTED.

2. Plaintiff's motion to dismiss (Doc. # 16) is GRANTED.

3. This case is DISMISSED without prejudice.

An appropriate judgment shall be entered.

Done this 26th day of September, 2006.

                                                        /s/ W. Keith Watkins
                                               UNITED STATES DISTRICT JUDGE