IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SILAS MARTIN, # 145609, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-490-WKW |
| | ) (WO) |
| WARDEN ARNOLD HOLT, et al., | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that:

1. Plaintiff's motion to dismiss (Doc. # 16) is GRANTED;

2. This case is DISMISSED without prejudice; and

3. No costs or fees are taxed in this case.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 26th day of September, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE